NUMBER 13-00-484-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


CITY OF CORPUS CHRISTI
, Appellant,


v.



KEVIN AND MARY JO CURREY, AS NEXT 

FRIEND OF JILL CURREY, MINOR CHILD
, Appellees.

____________________________________________________________________


On appeal from the County Court at Law No. 1 


of Nueces County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam


 Appellant, CITY OF CORPUS CHRISTI, perfected an appeal from a
judgment entered by the County Court at Law No. 1 of Nueces County,
Texas, in cause number 98-61829-1. After the record and appellant's
brief were filed, appellant filed a motion to dismiss the appeal. In the
motion, appellant states that this case has been resolved and appellant
no longer wishes to prosecute this appeal. Appellant requests that this
Court dismiss the appeal.

 The Court, having considered the documents on file and
appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted,
and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 28th day of September, 2000.